No. 10-11013. Adib Eddie Ramez Makdessi, Petitioner v. Bryan Watson, Warden.

565 U.S. 862, 132 S. Ct. 202, 181 L. Ed. 2d 107, 2011 U.S. LEXIS 6363, ▮▮▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 483.